UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT L. DYKES-BEY,

    Plaintiff,

v.

    Case No. 23-cv-11403
    Honorable Linda V. Parker

GRAND PRAIRIE HEALTH
HEALTH CARE SERVICES, et al.,

_____/

**<u>OPINION AND ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION (ECF NO. 23) AND DENYING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION/RESTRAINING ORDER (ECF NO. 16)</u>**

Plaintiff commenced this civil rights action against Defendants on June 13, 2023.  On January 16, 2024, Plaintiff filed a motion for preliminary injunction and for temporary restraining order.  (ECF No. 16.)  The matter has been assigned to Magistrate Judge Kimberly G. Altman for all pretrial proceedings, including a hearing and determination of all non-dispositive matters pursuant to 28 U.S.C. § 636(b)(1)(A) and/or a report and recommendation on all dispositive matters pursuant to 28 U.S.C. § 636(b)(1)(B).  (ECF No. 10.)

On February 27, 2024, Magistrate Judge Altman issued a report and recommendation ("R&R") recommending that the Court deny Plaintiff's motion.  (ECF No. 23.)  At the conclusion of the R&R, Magistrate Judge Altman advises the parties that they may object to and seek review of the R&R within fourteen

days of service upon them. Magistrate Judge Altman further specifically advises the parties that "[f]ailure to file specific objections constitutes a waiver of any further right to appeal." (*Id*.) Neither party filed objections to the R&R.

The Court has carefully reviewed the R&R and concurs with the conclusions reached by Magistrate Judge Altman. The Court therefore adopts the R&R.

Accordingly,

**IT IS ORDERED** that Plaintiff's motion for preliminary injunction and for temporary injunction (ECF No. 16) is **DENIED**.

                                        s/ Linda V. Parker
                                        LINDA V. PARKER
                                        U.S. DISTRICT JUDGE

Dated: April 5, 2024

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, April 5, 2024, by electronic and/or U.S. First Class mail.

                                        s/Aaron Flanigan
                                        Case Manager